BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>                    v.<br><br>MARK JEFF ZELDES,<br><br>                                  Defendant. | CASE NO. 1:14CR0077 AWI<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on Monday, August 25, 2014, at 1:00 p.m.

2.      By this stipulation, the parties move to continue the hearing date until September 22, 2014, at 1:00 p.m. and to exclude time between August 25, 2014, and September 22, 2014.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The defense needs additional time for pretrial investigation and plea negotiations.

b.      Counsel for the government is unavailable on August 25, 2014, due to the death of a family member.

c.      The parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective resolution and/or case preparation, taking into account the exercise of due diligence, and would deny continuity of counsel for the government.

d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 25, 2014, to September  22, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:          August 20, 2014.          Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney


                                                    /s/ Karen A. Escobar_____
                                                    KAREN A. ESCOBAR
                                                    Assistant United States Attorney


DATED:          August 20, 2014.

                                                    /s/ David Torres_____
                                                    DAVID TORRES
                                                    Counsel for Defendant

1

2

**O R D E R**

3

4        IT IS SO ORDERED that 2nd Status Conference is continued from August 25, 2014 to

5 September 22, 2014 at 1:00 PM before Judge McAuliffe.  Time is Excluded pursuant to 18 U.S.C.§

6 3161(h)(7)(A), B(iv).

7 IT IS SO ORDERED.

8
      Dated:   __**August 20, 2014**__              ___/s/ *Barbara A. McAuliffe*___
9                                           UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28