BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00077-AWI-BAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| MARK JEFF ZELDES, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Mark Jeff Zeldes, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendant Mark Jeff Zeldes' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

 a. Grow Equipment: 65 - bubble bags,

 b. Grow Equipment: 42 - Lumatek - LK1000 transformers,

 c. Grow Equipment: 9 - 1000 watt transformers,

 d. Grow Equipment: 1 - Nextgen transformer,

 e. Grow Equipment: 51 - Hydrofarm reflective light hoods,

 f. Grow Equipment: 2 - Carbon Filters,

 g. Grow Equipment: 2 - Sentinel CO2 generators,

        h.   Grow Equipment: 2 - Bug fumigation canisters,

        i.   Grow Equipment: 1 - Trim Reaper - Marijuana trimmer,

        j.   Grow Equipment: 1 - Water filter,

        k.   Grow Equipment: 2 -10"Vent Fans,

        l.   Grow Equipment: 15 - fluorescent reflector light fixtures,

        m.   Grow Equipment: 55 - Lumatek electrical transformers, and

        n.   Grow Equipment: 57 - CoolSun XL reflectors—1000 watts.

    2.     The above assets were used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), and 846.

    3.     Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshal Service or the Drug Enforcement Administration in their secure custody and control.

    4. a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.     This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///
///
///
///
///

PRELIMINARY ORDER OF FORFEITURE     2

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   February 11, 2015                    _____
                                              SENIOR DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE                           3