BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARK JEFF ZELDES,<br><br>                    Defendant. | CASE NO. 1:14-CR00077-AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for sentencing on Monday, April 6, 2015, at 10:00 a.m.

2.   By this stipulation, the parties move to continue the hearing date to April 13, 2015, at 10:00 a.m.  In addition, formal objections and/or sentencing memorandum will now be due on March 30, 2015.

3.   The parties agree and stipulate, and request that the Court find the following:

a.   Counsel for the government is unavailable on April 6, 2015.

1

IT IS SO STIPULATED.

DATED:     March 19, 2015.     Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:     March 19, 2015.

/s/ David Torres
DAVID TORRES
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:  March 19, 2015              _____
                                    SENIOR  DISTRICT  JUDGE

2