**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MARK JEFF ZELDES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>MARK JEFF ZELDES,<br><br>            Defendant | ) Case No. 1:14-cr-00077-AWI-BAM<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE SENTENCING HEARING**<br>)<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, MARK JEFF ZELDES, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for

Monday, April 13, 2015 be continued to Monday, April 20, 2015.

   I am currently in trial in the matter of *People v. Peter Martinez. BM849535A* in the Kern

County Superior Court. Trial is anticipated to last until April 16, 2015.  I have spoken to AUSA

KAREN ESCOBAR, and she has no objection to continuing the sentencing hearing.

   The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                  Respectfully Submitted,

DATED: 4/9/15                            */s/ David A Torres*
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            MARK JEFF ZELDES

DATED: 4/9/15                            */s/Karen Escobar*
                                            KAREN ESCOBAR
                                            Assistant U.S. Attorney

## **ORDER**

The sentencing hearing as to Mark Jeff Zeldes previously set for April 13, 2015, is continued to April 20, 2015, at 10:00am in Courtroom 2 before Senior United States District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  April 9, 2015                                        /s/ *[signature]*
                                                     SENIOR  DISTRICT  JUDGE