BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00077-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MARK JEFF ZELDES, | |
| Defendant. | |

WHEREAS, on February 11, 2015, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreement entered into between plaintiff and defendant Mark Jeff Zeldes, forfeiting to the United States the following property:[1]

    a.    Grow Equipment: 65 - bubble bags,

    b.    Grow Equipment: 42 - Lumatek - LK1000 transformers,

    c.    Grow Equipment: 9 - 1000 watt transformers,

    d.    Grow Equipment: 1 - Nextgen transformer,

    e.    Grow Equipment: 51 - Hydrofarm reflective light hoods,

---

[1] On May 23, 2013, a Preliminary Order of Forfeiture was entered in the companion case *United States v. Nolan*, 1:10-CR-00131-AWI, forfeiting Nolan's interest in the property subject to forfeiture herein. Publication of the Preliminary Order of Forfeiture is complete and a declaration of publication was filed on July 5, 2013. No claim was made in the companion case and the time do so has expired. Thus, Nolan has forfeited his interest in the property, as he recently represented to the Court in moving to continue his sentencing.

f. Grow Equipment: 2 - Carbon Filters,

g. Grow Equipment: 2 - Sentinel CO2 generators,

h. Grow Equipment: 2 - Bug fumigation canisters,

i. Grow Equipment: 1 - Trim Reaper - Marijuana trimmer,

j. Grow Equipment: 1 - Water filter,

k. Grow Equipment: 2 -10"Vent Fans,

l. Grow Equipment: 15 - fluorescent reflector light fixtures,

m. Grow Equipment: 55 - Lumatek electrical transformers, and

n. Grow Equipment: 57 - CoolSun XL reflectors—1000 watts.

AND WHEREAS, beginning on February 14, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of Mark Jeff Zeldes.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   May 22, 2015                              _____
                                                    SENIOR  DISTRICT  JUDGE