| | |
|---|---|
| 1 | **DAVID A. TORRES AND ASSOCIATES** |
| 2 | David A. Torres, SBN135059 |
|   | 1318 K. Street |
| 3 | Bakersfield, CA 93301 |
|   | Tel: (661)326-0857 |
| 4 | Fax: (661)326-0936 |
|   | Email: dtorres@lawtorres.com |
| 5 | Attorney for: |
| 6 | MARK JEFF ZELDES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:14-cr-00077 AWI-BAM |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION AND ORDER TO VACATE HEARING** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| MARK JEFF ZELDES, | ) |  |
|  | ) |  |
| Defendant | ) |  |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARK JEFF ZELDES, by and through his attorney of record, David A. Torres hereby requesting that the review hearing currently set for Monday, December 10, 20180 be vacated.

It is mutually agreed between defense counsel David A. Torres, AUSA Karen Escobar and USPO Marlene DeOrian, to vacate the hearing currently set on Monday, December 10, 2018 at 10:00 a.m. before the Honorable Anthony W. Ishii. The matter will be reset at a later date if necessary. I have spoken to AUSA Karen Escobar, and she has no objection to vacating the hearing.

//

Stipulation and Proposed Order to Vacate Hearing

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 12/6/18   */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
MARK JEFF ZELDES


DATED: 12/6/18   */s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the review hearing set for Monday December 10, 2018 be vacated.

IT IS SO ORDERED.

Dated:  December 7, 2018   _____
SENIOR DISTRICT JUDGE