**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MARK JEFF ZELDES

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK JEFF ZELDES,<br><br>Defendant | Case No.: 1:14-CR-00077 AWI-BAM<br><br>**REQUEST AND ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY AND MARLENE DeORIAN, UNITED STATES PROBATION OFFICER.:

**INTRODUCTION**

On October 26, 2014, Mr. Zeldes was sentenced to forty-four (44) months imprisonment and forty-eight months supervised release after a conviction of violation 21 USC §841(a)(1), §841 (b)(1)(B) and §846, Conspiracy to Manufacture, to Distribute, and to Possess with Intent to Distribute Marijuana. Mr. Zeldes has successfully completed 22 months of his probationary period, which would normally expire on September 8, 2020. This matter was scheduled to be heard in front of the Honorable Judge Anthony Ishii on December 10, 2018. However, because all parties, including his U.S. Probation Officer, Marlene DeOrian, agreed that Mr. Zeldes has been in compliance with his terms of probation, that matter was vacated. Based on his successful

performance on probation and his ability to perform his work-related functions, Mr. Zeldes hereby moves the Court for entry of an Order terminating his supervised release.

**ARGUMENT**

Under Title 18 USC §3564(c), the Court has the authority to grant early termination of a previously imposed term of probation. Section 3565(c) provides:

> The court, after considering the factors set forth in section 3553(a), to the extent that they are applicable, pursuant to the provision of the Federal Ruled of Criminal; Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case or a misdemeanor or an infraction or at any time after the expiration of one year of probation on the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

Mr. Zeldes has served nearly two years of his probation sentence. Considering the relevant factors from 18 U.S.C. Section 3553(a), and taking into account Mr. Zeldes' conduct since sentencing, the interest of justice is served by granting him early termination.

***The Nature and Circumstances of the Offense and Characteristics of Mr. Zeldes Support of Early Termination.***

Mr. Zeldes participated in the MRT Rentry course but unable to complete due to a serious shoulder, arm and leg injury (see, below).

He has completed all random urinalysis without any positive results.

Shortly after being release from prison, Mr. Zeldes was injured and was placed on disability for approximately one year. The income he received from disability only covered his cost of living. Once able to work again. Mr. Zeldes requested permission that he be allowed to travel to Hawaii to work temporarily as a private contractor who builds customized kitchens, bathrooms and swimming pools. He currently has a job waiting for him at The Sublime Design and Build Company which provides services in Hawaii, San Francisco, Los Angeles, and Colorado.

## CONCLUSION

For the foregoing reasons, Mr. Zeldes respectfully requests that the Court enter an Order terminating his supervised release forthwith.

Respectfully Submitted,

DATED: 1/7/19 */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Mark Jeff Zeldes

## **ORDER**

**IT IS SO ORDERED** upon good cause the supervised release period of Defendant Mark Jeff Zeldes is hereby TERMINATED forthwith.

IT IS SO ORDERED.

Dated: January 9, 2019

SENIOR DISTRICT JUDGE